UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAIROS CREDIT STRATEGIES OPERATING PARTNERSHIP, LP,<br><br>                  Plaintiff,<br><br>-against-<br><br>THE FRIARS NATIONAL ASSOCIATION, INC., et al.,<br><br>                  Defendants. | 23-CV-2960 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      As discussed at the hearing held yesterday, October 4, 2023, the parties' motions for summary judgment are due October 18, with responses due November 1 and replies due November 8. A hearing on the motions will be held on November 21, 2023, at 11 AM in **Courtroom 15A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: October 5, 2023
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                   United States District Judge