UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAIROS CREDIT STRATEGIES OPERATING PARTNERSHIP, LP,<br><br>       Plaintiff,<br><br>  -against-<br><br>THE FRIARS NATIONAL ASSOCIATION, INC., et al.,<br><br>       Defendants. | 23-CV-2960 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  By Monday, December 4, 2023, the parties should submit letters, not to exceed three single-spaced pages, discussing whether the presence of defendants (1) Commissioner of Labor State of New York Department of Labor and (2) New York State Tax Department Legal Department defeat this Court's diversity jurisdiction. If so, the parties should address whether this Court should dismiss those defendants, thus preserving those defendants' rights moving forward. *See, e.g.*, *E. Sav. Bank v. Walker*, 775 F. Supp. 2d 565, 573–74 (E.D.N.Y. 2011); *Courchevel 1850 LLC v. Alam*, 2019 WL 9656366, at *6–7 (E.D.N.Y. Oct. 30, 2019), *report and recommendation adopted*, 464 F. Supp. 3d 475 (E.D.N.Y. 2020).

  SO ORDERED.

Dated: December 1, 2023
   New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge