UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAIROS CREDIT STRATEGIES OPERATING PARTNERSHIP, LP,<br><br>                                  Plaintiff,<br><br>           -against-<br><br>THE FRIARS NATIONAL ASSOCIATION, INC., et al.,<br><br>                                  Defendants. | 23-CV-2960 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Plaintiff is hereby ORDERED to email a Word version of the proposed judgment, dkt. 121, to the Court.

    SO ORDERED.

Dated: January 30, 2024
        New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge