UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KAIROS CREDIT STRATEGIES OPERATING
PARTNERSHIP, LP,

                            *Plaintiff*,                23-cv-2960 (AS)

  - against -

                                                                 **Order**

THE FRIARS NATIONAL ASSOCIATION, INC.,
*et al.*,

                            *Defendants*.
-----------------------------------------------------------------x

      In its opinion at Dkt. 119, the Court granted Kairos's motion for summary judgment as to its claim against the Friars Club on the first and second counts of the complaint and then ordered Kairos to meet and confer with all interested parties to file a proposed judgment to resolve the remainder of this case. The proposed judgment, which was entered by the Court at Dkt. 127, does not reflect that summary judgment was granted against the Friars Club on the first and second counts of the complaint. Kairos should meet and confer with the Friars Club and submit a letter by Monday, May 20, 2024, at 5:00 PM, indicating whether the parties think that it is necessary to amend the judgment entered at Dkt. 127 to reflect that summary judgment was also granted for Kairos on counts one and two of the complaint.

      SO ORDERED.

Dated: May 16, 2024
       New York, New York

                                                                 ARUN SUBRAMANIAN
                                                                  United States District Judge