UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAIROS CREDIT STRATEGIES OPERATING PARTNERSHIP, LP,

                Plaintiff,

-v-

THE FRIARS NATIONAL ASSOCIATION, INC., et al.,

                Defendants.

23 Civ. 02960 (AS) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order dated May 17, 2024, I directed Plaintiff to make a supplemental submission addressing certain issues in connection with calculating the amount Plaintiff contends is owed to it as a result of the default by Defendant The Friars National Association, Inc., to serve that submission on Defendants by May 22, 2024, and to file proof on the docket of such service by May 23, 2024.

Plaintiff filed the required supplemental submission but has not filed proof of service on the docket, and so I am extending nunc pro tunc the deadline for Plaintiff to do so until May 29, 2024. Defendants have until the earlier of one week from service of Plaintiff's supplemental submission and May 31, 2024 to file responses, if any.

DATED:  May 28, 2024
          New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge