UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAIROS CREDIT STRATEGIES OPERATING PARTNERSHIP, LP,

    *Plaintiff*,

v.

THE FRIARS NATIONAL ASSOCIATION, INC.; CITY OF NEW YORK DEPARTMENT OF ENVIRONMENTAL CONTROL; NEW YORK CITY FINANCE ADMINISTRATION BUREAU OF COMPLIANCE AND COLLECTION; HOTEL RESTAURANT & CLUB EMPLOYEES AND BARTENDERS UNION LOCAL 6 AND CLUB EMPLOYEES PENSION FUND; NEW YORK DESIGN ARCHITECTS, L.L.P.; and "JOHN DOE #1" through "JOHN DOE #20," the twenty names being fictitious and unknown to the Plaintiffs, the person or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in lien upon the premises,

    Defendants.

Civil Action No. 1:23-cv-2960 (AS)

**DECLARATION OF MARK S. LICHTENSTEIN IN RESPONSE TO COURT'S MAY 28, 2024 ORDER**

---

    Pursuant to 28 U.S.C. § 1746, I, Mark S. Lichtenstein, declares as follows:

    1.    I am a partner in the law firm Akerman LLP, 1251 Avenue of the Americas, 37th Floor New York, NY 10020 ("Akerman"), counsel for the plaintiff, Kairos Credit Strategies Operating Partnership ("Plaintiff").

    2.    I make this declaration in response to the Court's May 28, 2024 Order (the "May 28 Order"). The May 28 Order requires that the Plaintiff "submit a declaration (a) specifying the source, amount, and due date of each unpaid obligation on which the late fees are based and (b) explaining the calculation of the late fees, including the numeric formula used for the calculation."

76572049;1

- 2 -

3. While Plaintiff believes it is entitled, pursuant to section 2.6 of the Loan Agreement, to the late fees specified in its original February 23, 2024 submission to the Court, the Plaintiff hereby withdraws its request for late fees as part of the amounts due under the Loan Documents. Accordingly, the amount sought by Plaintiff as due under the Loan Documents as part of a final judgment of foreclosure and sale should be $127,702.16 less than originally sought by Plaintiff.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, on May 29, 2024.

*/s/ Mark S. Lichtenstein*
Mark S. Lichtenstein