UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

Kairos Credit Strategies Operating Partnership, LP,

        Plaintiff,

        - - against - -

The Friars National Association, Inc.; City Of New York Department Of Environmental Control; Commissioner Of Labor State Of New York Department Of Labor; New York State Tax Department Legal Department; New York City Finance Administration Bureau Of Compliance And Collection; Hotel Restaurant & Club Employees And Bartenders Union Local 6 And Club Employees Pension Fund; And "John Doe #1" Through "John Doe #20," The Twenty Names Being Fictitious And Unknown To The Plaintiffs, The Person Or Parties Intended Being The Tenants, Occupants, Persons Or Corporations, If Any, Having Or Claiming an interest in lien upon the premises,

        Defendants.
-----------------------------------------------------------------------X

Case №.
23-cv-02960 (AS)

Notice of Appeal

PLEASE TAKE NOTICE that The Friars National Association, Inc. through counsel Biolsi Law Group, P.C., hereby appeals to the United States Court Of Appeals for the United States Court of Appeals from a Judgment entered in this matter by Hon. Arun Subramanian dated on 05/29/2024 and filed with the County Clerk's Office of the Southern District of New York on 05/29/2024, a true copy of which is annexed hereto.

Dated: June 28, 2024
      New York, NY

                                                                             _____
                                                           Steven Alexander Biolsi
                                                            Biolsi Law Group, P.C.

Attorney for Defendant
111 Broadway, Suite 606
New York, NY 10006
(212) 706-1385
sabiolsi@sabiolsi.com