UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

| | |
|---|---|
| Kairos Credit Strategies Operating Partnership, LP | Index/Docket №. |
| Plaintiff, | 23-cv-02960 |
| - - against - - | Notice of Appeal |
| The Friars National Association, Inc.; City Of New York Department Of Environmental Control; Commissioner Of Labor State Of New York Department Of Labor; New York State Tax Department Legal Department; New York City Finance Administration Bureau Of Compliance And Collection; Hotel Restaurant & Club Employees And Bartenders Union Local 6 And Club Employees Pension Fund; And "John Doe #1" Through "John Doe #20," The Twenty Names Being Fictitious And Unknown To The Plaintiffs, The Person Or Parties Intended Being The Tenants, Occupants, Persons Or Corporations, If Any, Having Or Claiming an interest in lien upon the premises | |
| Defendants. | |

-----------------------------------------------------------------------X

PLEASE TAKE NOTICE that Defendant The Friars National Association, Inc., in the above-named case, through counsel Biolsi Law Group, P.C., hereby appeals to the United States Court Of Appeals for the Second Circuit from the Amended Judgment entered in this matter by Hon. Arun Subramanian entered in this action on May 29, 2024 at ECF Document 144.

Dated: July 1, 2024
New York, NY

_____
Steven Alexander Biolsi
Biolsi Law Group, P.C.
Attorney for Defendant

111 Broadway, Suite 606
New York, NY 10006
(212) 706-1385
sabiolsi@sabiolsi.com