# TRIGILD IVL

Civil Action No. 23-CV-2960-JPO

**The Friars National Association, Inc.**

57 East 55th Street
New York, NY 20022

*Assigned to the*

**Honorable Judge J. Paul Oetken**



**RECEIVER REPORT**

*For the period*
**May 1, 2024 *through* May 31, 2024**

24 CHURCH STREET 2ND FLOOR MONTCLAIR, NJ 07042
P 973.226-1950    F 973.227-1273

THE FRIARS NATIONAL ASSOCIATION, INC. – 57 East 55th Street, New York, NY      Civil Action No [23-CV-2960-JPO]
May 2024 – Receiver Report

## TABLE OF CONTENTS

| | |
|---|---|
| OVERVIEW OF PROPERTY | PAGE 3 |
| LEASING AND MARKETING | - |
|     MARKETING REPORT | - |
|     MARKETING/LEASING BROCHURE | - |
| INSURANCE | PAGE 4 |
| FINANCIALS | |
|     TRIGILD PROPERTY MANAGEMENT | PAGE 7 |

THE FRIARS NATIONAL ASSOCIATION, INC. – 57 East 55th Street, New York, NY    Civil Action No [23-CV-2960-JPO]
May 2024 – Receiver Report

## OVERVIEW OF PROPERTY

On May 26th, 2023, United States District Court, Southern District of New York entered that certain Order Appointing Receiver appointing the Receiver, Trigild IVL Group, LLC (the "Receiver") for the property located 57 East 55th Street, New York, NY (the "Property").

*This Space Intentionally Left Blank*

**INSURANCE**

The Property has current general liability coverage through AIX Specialty Ins Co, and current commercial property insurance coverage through Homeland Ins Co of Delaware, with coverage periods of September 5, 2023 to September 5, 2024. Copies of the Property and Liability certificates attached herewith.

*This Space Intentionally Left Blank*

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 09/21/2023

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Grober-Imbey Agency Inc.
ONE SUNRISE PLAZA
VALLEY STREAM   NY   11580

**CONTACT NAME:** Terry Weber
**PHONE (A/C, No, Ext):** (516) 872-9500
**FAX (A/C, No):** (516) 872-1594
**E-MAIL ADDRESS:** tweber@giains.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: AIX SPECIALTY INS CO | 12833 |
| INSURER B: NATIONAL UNION FIRE INS CO OF PITTS, PA | 19445 |
| INSURER C: ENDURANCE AMERICAN SPECIALTY INS CO | 41718 |
| INSURER D: FORTEGRA SPECIALTY INS CO | 16823 |
| INSURER E: | |
| INSURER F: | |

**INSURED**
The Friars National Association, Inc.
57 East 55th Street
New York   NY   10022

**COVERAGES**   **CERTIFICATE NUMBER:** AMASTER - 06/2021, All   **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | COMMERCIAL GENERAL LIABILITY [X] / CLAIMS-MADE / [X] OCCUR / GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY / PRO-JECT / LOC / OTHER: | Y | | L1YJ53062199 | 09/05/2023 | 09/05/2024 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | Employee Benefits | $ 1,000,000 |
| A | AUTOMOBILE LIABILITY / ANY AUTO / OWNED AUTOS ONLY / SCHEDULED AUTOS / [X] HIRED AUTOS ONLY / [X] NON-OWNED AUTOS ONLY | | | L1YJ53062199 | 09/05/2023 | 09/05/2024 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | UMBRELLA LIAB [X] OCCUR / [X] EXCESS LIAB / CLAIMS-MADE / DED / RETENTION $ | | | EBU025059810 | 09/05/2023 | 09/05/2024 | EACH OCCURRENCE | $ 5,000,000 |
| | | | | | | | AGGREGATE | $ 5,000,000 |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N / ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | PER STATUTE / OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| C D | 10MILL EXCESS LIABILITY EXCESS OVER 5MILL | | | Endurance #EDL30044144800 @ 50% Fortegra #AURXS0300057700 @ 50% | 09/05/2023 | 090/5/2024 | EACH OCCURRENCE / AGGREGATE | 10,000,000 / 10,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

RE: 57-59 East 55th Street, NYC, NY 10022

Additional Insured Mortagee: KeyBank National Association ISOA as servicer to Kairos Credit Strategies Operating Partnership, LP, 11501 Outlook Street, Suite 300, Overland Park, KS 66211

Additional Insured: Trigild LLC, 24 Church Street, Montclair, NJ 07042

**CERTIFICATE HOLDER**
KeyBank National Association ISOA, as servicer to Kairos Credit StrategiesOperatingPartnership
LP, 11501 Outlook St., Ste 300
Overland Park   KS   66211

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
[signature]

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)   The ACORD name and logo are registered marks of ACORD



# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

**DATE (MM/DD/YYYY):** 9/21/2023

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**PRODUCER NAME, CONTACT PERSON AND ADDRESS**
Grober-Imbey Agency Inc.
ONE SUNRISE PLAZA
VALLEY STREAM       NY    11580

**PHONE (A/C, No, Ext):** (516)872-9500
**FAX (A/C, No):** (516)872-1594
**E-MAIL ADDRESS:** tweber@giains.com

**CODE:**   **SUB CODE:**
**AGENCY CUSTOMER ID #:** 00040018

**COMPANY NAME AND ADDRESS**
Homeland Ins Co of Delaware
c/o AmWins Brokerage, 333 New Hyde Park Rd
New Hyde Park       NY   11042

**NAIC NO:**

IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH

**POLICY TYPE:** Commercial Property - EXCESS PROPERTY POLICY

**NAMED INSURED AND ADDRESS**
The Friars National Association, Inc.
57 East 55th Street
New York          NY   10022

**LOAN NUMBER:**
**POLICY NUMBER:** 795023582
**EFFECTIVE DATE:** 9/5/2023
**EXPIRATION DATE:** 9/5/2024
CONTINUED UNTIL TERMINATED IF CHECKED

**ADDITIONAL NAMED INSURED(S)**
**THIS REPLACES PRIOR EVIDENCE DATED:**

**PROPERTY INFORMATION** (Use REMARKS on page 2, if more space is required)     ☐ BUILDING OR ☐ BUSINESS PERSONAL PROPERTY

**LOCATION / DESCRIPTION**
Loc# 00001/Bldg# 00001, 57-59 East 55th Street, ew York, NY 10022
ATTACHMENT POINT IS 5,000,000 PER OCCURRENCE. SUBLIMITS AS PROVIDED BY LLOYD'S LEAD POLICY

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION**   PERILS INSURED: BASIC ☐   BROAD ☐   SPECIAL ☒

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 12,156,929   DED:

| Coverage | YES | NO | N/A | If YES, details |
|---|---|---|---|---|
| BUSINESS INCOME ☐   RENTAL VALUE ☐ |  | X |  | If YES, LIMIT: INCLUDED    Actual Loss Sustained; # of months: |
| BLANKET COVERAGE |  | x |  | If YES, indicate value(s) reported on property identified above: $ |
| TERRORISM COVERAGE | X |  |  | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? |  | x |  |  |
| IS DOMESTIC TERRORISM EXCLUDED? |  | x |  |  |
| LIMITED FUNGUS COVERAGE |  | x |  | If YES, LIMIT:    DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | x |  |  |  |
| REPLACEMENT COST | X |  |  |  |
| AGREED VALUE |  |  | x |  |
| COINSURANCE |  | x |  | If YES,   % |
| EQUIPMENT BREAKDOWN (If Applicable) |  | X |  | If YES, LIMIT:    DED: |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X |  |  | If YES, LIMIT: INCLUDED    DED: |
| - Demolition Costs |  |  | x | If YES, LIMIT: SEE LEAD POLICY   DED: |
| - Incr. Cost of Construction |  |  | x | If YES, LIMIT: SEE LEAD POLICY   DED: |
| EARTH MOVEMENT (If Applicable) |  | x |  | If YES, LIMIT:    DED: |
| FLOOD (If Applicable) |  | x |  | If YES, LIMIT: SEE LEAD POLICY   DED: |
| WIND / HAIL INCL  ☒ YES  ☐ NO  Subject to Different Provisions: |  | x |  | If YES, LIMIT:    DED: |
| NAMED STORM INCL  ☒ YES  ☐ NO  Subject to Different Provisions: |  | x |  | If YES, LIMIT:    DED: |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS |  |  |  |  |

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

☐ MORTGAGEE   ☐ CONTRACT OF SALE
☐ LENDERS LOSS PAYABLE   ☒ Addl insured & mortgagee

**NAME AND ADDRESS**
KEYBANK NAT'L ASSOC., ISAOA as Servicer T
KAIROS CREDIT STRATEGIES OPERATING P'SHIP
LP ISAOA, 11501 OUTLOOK ST
OVERLAND PARK, KS  66211

**LENDER SERVICING AGENT NAME AND ADDRESS**
KEYBANK NATIONAL ASSOCIATION ISAOA
11501 OUTLOOK ST., STE 300
OVERLAND PK         KS    66211

**AUTHORIZED REPRESENTATIVE**
Aaron Grober/TERRY

Page 1 of 2   © 2003-2014 ACORD CORPORATION. All rights reserved.

ACORD 28 (2014/01)   The ACORD name and logo are registered marks of ACORD

INS028 (201401)

# TABLE OF CONTENTS

## TRIGILD PROPERTY MANAGEMENT - FINANCIAL CONTENTS

| | |
|---|---|
| EXECUTIVE SUMMARY | PAGE 8 |
| PROFIT LOSS STATEMENT | PAGE 9 |
| GENERAL LEDGER | PAGE 10 |
| BUDGET COMPARISON [WITH VARIANCE] | - |
| TRIAL BALANCE | - |
| BALANCE SHEET | - |
| RENT ROLL | - |
| BANK RECONCILIATIONS & BANK STATEMENTS | - |
| CHECK REGISTER | PAGE 12 |
| ACCOUNTS RECEIVABLE AGING | - |
| PAYABLES AGING | PAGE 13 |
| MANAGEMENT FEE CALCULATION | - |
| BANK RECONCILIATION | PAGE 14 |
| BANK STATEMENT | PAGE 15 |
| GENERAL LEDGER | PAGE 17 |

## EXECUTIVE SUMMARY

### Facility and Operating Information

The Receiver continues to inspect the property for deferred maintenance.

The annual sprinkler inspection and fire pump test occurred in October 2023. It was determined by the testing vendor that the fire pump needs repairs and the curb box in the street needs replacement. Final repairs scheduled for June 2024.

### Capital Improvement Projects

Exterior curb box and water main were replaced in May 2024.

### Tenant Move-In and Move-Out Status

No tenant move-in/move-outs scheduled for May 2024.

### Tenant Improvements

No tenant improvements were scheduled/completed in May 2024.

### Accounts Receivable Information

No Accounts Receivable in May 2024.

### Accounts Payable Information

Accounts Payable include $101,708.51 for Receiver expenses.

### Real Estate Taxes / Tax Appeal Status

2024 2nd Half Real Estate Taxes in the amount of $90,052.48 was paid on January 1, 2024.

| | |
|---|---|
| 1:31 PM | **Trigild IVL, LLC ARF Friars National Association, Inc.** |
| 07/01/24 | **Profit & Loss** |
| Cash Basis | May 2024 |

|  | May 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Expense** | |
|    Bond Premium | 500.00 |
| **Total Expense** | 500.00 |
| **Net Ordinary Income** | -500.00 |
| **Net Income** | **-500.00** |

3:40 PM
06/12/24
Cash Basis

# Trigild IVL, LLC ARF Friars National Association, Inc.
## General Ledger
### As of May 31, 2024

| Type | Date | Num | Name | Memo | Split | Original Amount | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Friars National Assoc.** | | | | | | | | 13,791.34 |
| Bill Pmt -Check | 05/31/2024 | 61 | Bond Services of C... | | Accounts Pay... | -500.00 | -500.00 | 13,291.34 |
| Total Friars National Assoc. | | | | | | | -500.00 | 13,291.34 |
| **Accumulated Depreciation** | | | | | | | | 0.00 |
| Total Accumulated Depreciation | | | | | | | | 0.00 |
| **Furniture and Equipment** | | | | | | | | 0.00 |
| Total Furniture and Equipment | | | | | | | | 0.00 |
| **Accounts Payable** | | | | | | | | 0.00 |
| Bill Pmt -Check | 05/31/2024 | 61 | Bond Services of C... | | Friars Nationa... | 500.00 | 500.00 | 500.00 |
| Bill Pmt -Check | 05/31/2024 | 61 | Bond Services of C... | | Friars Nationa... | 500.00 | -500.00 | 0.00 |
| Total Accounts Payable | | | | | | | 0.00 | 0.00 |
| **Payroll Liabilities** | | | | | | | | 0.00 |
| Total Payroll Liabilities | | | | | | | | 0.00 |
| **Tenant Security Deposits Held** | | | | | | | | 0.00 |
| Total Tenant Security Deposits Held | | | | | | | | 0.00 |
| **Utility Deposit** | | | | | | | | 4,742.00 |
| Total Utility Deposit | | | | | | | | 4,742.00 |
| **Advance** | | | | | | | | -703,005.10 |
| Total Advance | | | | | | | | -703,005.10 |
| **Members Draw** | | | | | | | | 0.00 |
| Total Members Draw | | | | | | | | 0.00 |
| **Members Equity** | | | | | | | | 658,158.42 |
| Total Members Equity | | | | | | | | 658,158.42 |
| **Opening Balance Equity** | | | | | | | | 0.00 |
| Total Opening Balance Equity | | | | | | | | 0.00 |
| **Funding Request from Lender** | | | | | | | | -243,542.24 |
| Total Funding Request from Lender | | | | | | | | -243,542.24 |
| **Accounting Fee** | | | | | | | | 2,200.00 |
| Total Accounting Fee | | | | | | | | 2,200.00 |
| **Automobile Expense** | | | | | | | | 0.00 |
| Total Automobile Expense | | | | | | | | 0.00 |
| **Bank Service Charge** | | | | | | | | 0.00 |
| Total Bank Service Charge | | | | | | | | 0.00 |
| **Bond Premium** | | | | | | | | 0.00 |
| Bill | 05/31/2024 | 10713... | Bond Services of C... | | Accounts Pay... | 500.00 | 500.00 | 500.00 |
| Total Bond Premium | | | | | | | 500.00 | 500.00 |
| **Computer and Internet Expenses** | | | | | | | | 0.00 |
| Total Computer and Internet Expenses | | | | | | | | 0.00 |
| **Depreciation Expense** | | | | | | | | 0.00 |
| Total Depreciation Expense | | | | | | | | 0.00 |
| **Elevator Maintenance** | | | | | | | | 4,899.37 |
| Total Elevator Maintenance | | | | | | | | 4,899.37 |
| **Fire Alarm** | | | | | | | | 3,348.21 |
| Total Fire Alarm | | | | | | | | 3,348.21 |
| **Fire Department Fines** | | | | | | | | 375.00 |
| Total Fire Department Fines | | | | | | | | 375.00 |
| **Fire Inspection & Testing** | | | | | | | | 32,132.05 |
| Total Fire Inspection & Testing | | | | | | | | 32,132.05 |
| **Firewatch and Insurance** | | | | | | | | 10,150.00 |
| Total Firewatch and Insurance | | | | | | | | 10,150.00 |
| **Insurance Expense** | | | | | | | | 0.00 |
| Total Insurance Expense | | | | | | | | 0.00 |
| **Interest Expense** | | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | | 0.00 |

**Trigild IVL, LLC ARF Friars National Association, Inc.**
**General Ledger**
As of May 31, 2024

| Type | Date | Num | Name | Memo | Split | Original Amount | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Landscaping and Groundskeeping** | | | | | | | | 0.00 |
| Total Landscaping and Groundskeeping | | | | | | | | 0.00 |
| **Maintenance Fee** | | | | | | | | 0.00 |
| Total Maintenance Fee | | | | | | | | 0.00 |
| **Meals and Entertainment** | | | | | | | | 0.00 |
| Total Meals and Entertainment | | | | | | | | 0.00 |
| **Office Supplies** | | | | | | | | 0.00 |
| Total Office Supplies | | | | | | | | 0.00 |
| **Payroll Expenses** | | | | | | | | 0.00 |
| Total Payroll Expenses | | | | | | | | 0.00 |
| **Plumbing Expense** | | | | | | | | 0.00 |
| Total Plumbing Expense | | | | | | | | 0.00 |
| **Postage and Delivery** | | | | | | | | 114.39 |
| Total Postage and Delivery | | | | | | | | 114.39 |
| **Professional Fees** | | | | | | | | 2,250.00 |
| Total Professional Fees | | | | | | | | 2,250.00 |
| **Property Management Fees** | | | | | | | | 6,000.00 |
| Total Property Management Fees | | | | | | | | 6,000.00 |
| **Receiver Fees** | | | | | | | | 32,493.27 |
| Total Receiver Fees | | | | | | | | 32,493.27 |
| **Reimbursable Travel Expenses** | | | | | | | | 4,444.01 |
| Total Reimbursable Travel Expenses | | | | | | | | 4,444.01 |
| **Reimbursement** | | | | | | | | 26,949.20 |
| Total Reimbursement | | | | | | | | 26,949.20 |
| **Reimbursement of Expenses** | | | | | | | | 0.00 |
| Total Reimbursement of Expenses | | | | | | | | 0.00 |
| **Reimbursement of Plumbing Exp** | | | | | | | | 40,585.00 |
| Total Reimbursement of Plumbing Exp | | | | | | | | 40,585.00 |
| **Rent Expense** | | | | | | | | 0.00 |
| Total Rent Expense | | | | | | | | 0.00 |
| **Repairs and Maintenance** | | | | | | | | 57,024.75 |
|   **Locksmith** | | | | | | | | 0.00 |
|   Total Locksmith | | | | | | | | 0.00 |
|   **Repairs and Maintenance - Other** | | | | | | | | 57,024.75 |
|   Total Repairs and Maintenance - Other | | | | | | | | 57,024.75 |
| Total Repairs and Maintenance | | | | | | | | 57,024.75 |
| **Small Tools and Equipment** | | | | | | | | 0.00 |
| Total Small Tools and Equipment | | | | | | | | 0.00 |
| **Telephone Expense** | | | | | | | | 667.84 |
| Total Telephone Expense | | | | | | | | 667.84 |
| **Utilities** | | | | | | | | 46,222.49 |
|   **Water** | | | | | | | | 0.00 |
|   Total Water | | | | | | | | 0.00 |
|   **Utilities - Other** | | | | | | | | 46,222.49 |
|   Total Utilities - Other | | | | | | | | 46,222.49 |
| Total Utilities | | | | | | | | 46,222.49 |
| **Ask My Accountant** | | | | | | | | 0.00 |
| Total Ask My Accountant | | | | | | | | 0.00 |
| **No accnt** | | | | | | | | 0.00 |
| Total no accnt | | | | | | | | 0.00 |
| **TOTAL** | | | | | | | 0.00 | 0.00 |

**Friars National Association**
**Bank Register**
**May 2024**

| Type | Date | Num | Name | Memo | Split | Deposit | Payment | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 13,791.34 |
| Bill Pmt -Check | 05/31/2024 | 61 | Bond Services of California, LLC | | Accounts Payable | | 500.00 | 13,291.34 |
| | | | | | | | 500.00 | 13,291.34 |
| | | | | | | | *500.00* | *13,291.34* |

3:41 PM
06/12/24

# Trigild IVL, LLC ARF Friars National Association, Inc.
## Unpaid Bills Detail
### As of May 31, 2024

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Admiral Elevator Corp.** | | | | | |
| Bill | 05/01/2024 | N29313 | 05/11/2024 | 20 | 381.06 |
| Total Admiral Elevator Corp. | | | | | 381.06 |
| **NYC Water Board** | | | | | |
| Bill | 04/22/2024 | | 05/02/2024 | 29 | 4,860.94 |
| Total NYC Water Board | | | | | 4,860.94 |
| **Trigild IVL, LLC** | | | | | |
| Bill | 03/31/2024 | IVL-RR4470 | 04/10/2024 | 51 | 10,500.00 |
| Bill | 03/31/2024 | IVL-RR4469 | 04/10/2024 | 51 | 10,500.00 |
| Bill | 03/31/2024 | IVL-RR4323 | 04/10/2024 | 51 | 7,500.00 |
| Bill | 03/31/2024 | IVL-RR4433 | 04/10/2024 | 51 | 22,700.00 |
| Bill | 04/26/2024 | IVL-BB3404 | 05/06/2024 | 25 | 730.61 |
| Bill | 04/30/2024 | IVL-RR4560 | 05/10/2024 | 21 | 9,000.00 |
| Bill | 04/30/2024 | IVL-RR4671 | 05/10/2024 | 21 | 35,500.00 |
| Bill | 05/14/2024 | IVL-BB3449 | 05/24/2024 | 7 | 35.90 |
| Total Trigild IVL, LLC | | | | | 96,466.51 |
| **TOTAL** | | | | | **101,708.51** |

## Reconciliation Summary
### Trigild IVL LLC as Receiver for
### Friars National Assoc. Inc. (ConnectOne *1143)

**BANK RECONCILATION**

**Reconciliation Date: June 12, 2024**

**Statement Ending Date: May 31, 2024**

| | |
|---|---:|
| **Opening Balance from Statement:** | 121,093.89 |
| **Less Cleared Withdrawls:** | (88,745.50) |
| **Add Cleared Deposits:** | 0.00 |
| **Add Cleared Maintence Fee Rfd** | 0.00 |
| **Less Bank Fees/Other Adjustment:** | 0.00 |
| **Adjusted Bank Balance:** | 32,348.39 |
| **Register Balance as of 5/31/2024:** | 32,348.39 |



| | |
|---|---|
| Last statement: April 30, 2024 | Page 1 of 1 |
| This statement: May 31, 2024 | XXXXXX1143 |
| Total days in statement period: 31 | (2) |

Direct inquiries to:
844-266-2548

TRIGILD IVL LLC AS RECEIVER FOR
FRIARS NATIONAL ASSOCIATION INC
24 CHURCH ST
MONTCLAIR NJ 07042-2771

ConnectOne Bank
301 Sylvan Avenue
Englewood Cliffs NJ 07632

## Business Analysis Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX1143 | Beginning balance | $121,093.89 |
| Enclosures | 2 | Total additions | .00 |
| | | Total subtractions | 88,745.50 |
| | | Ending balance | $32,348.39 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 58 | 05-07 | 65,495.50 | * Skip in check sequence | | |
| 60 * | 05-07 | 23,250.00 | | | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 121,093.89 | 05-07 | 32,348.39 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



*Thank you for banking with ConnectOne Bank*



**Account Number**   \*\*\*\*\*1143   **Date**   05/31/2024   **Page**   2



05/07/2024   58   $65,495.50



05/07/2024   60   $23,250.00

## Reconciliation Summary
### Trigild IVL LLC ARF
### Friars National Association Inc. (ConnectOne *1143)

**GL RECONCILATION**

**Reconciliation Date:** June 12, 2024

**Statement Ending Date:** May 31, 2024

| | | |
|---|---|---:|
| **Ending Balance from Statement:** | | 32,348.39 |
| | | |
| **Outstanding Checks/Other Withdrawl Adjustments:** | | 0.00 |
| Less Outstanding Checks: | | -19,057.05 |
| Add Cleared, Unjournalized Withdrawal: | 0.00 | |
| Add Cleared, Journalized Withdrawal and Future Period: | 0.00 | |
| | | |
| **Deposits in transit/Other Deposit Adjustments:** | | 0.00 |
| Add Deposits in Transit: | 0.00 | |
| Less Cleared, Unjournalized Deposits: | 0.00 | |
| Less Cleared, Journalized Deposits for Future Period: | 0.00 | |
| | | |
| **Bank Fees/Interest Adjustments** | | |
| Adjustments: | | -19,057.05 |
| | | |
| **Adjusted GL Balance:** | | 13,291.34 |
| **GL Account Balance** | | 13,291.34 |

| Outstanding Checks | | | |
|---|---|---|---:|
| **Description** | **Date** | **No.** | **Amount** |
| All State Sprinkler* | 2/16/2024 | 46 | $18,557.05 |
| Bond Services of California | 5/31/2024 | 61 | $500.00 |
| | | | |
| **TOTAL** | | | $19,057.05 |