UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAIROS CREDIT STRATEGIES OPERATING PARTNERSHIP, LP,<br><br>   *Plaintiff*,<br><br> v.<br><br>THE FRIARS NATIONAL ASSOCIATION, INC.; CITY OF NEW YORK DEPARTMENT OF ENVIRONMENTAL CONTROL; NEW YORK CITY FINANCE ADMINISTRATION BUREAU OF COMPLIANCE AND COLLECTION; HOTEL RESTAURANT & CLUB EMPLOYEES AND BARTENDERS UNION LOCAL 6 AND CLUB EMPLOYEES PENSION FUND; NEW YORK DESIGN ARCHITECTS, L.L.P.; and "JOHN DOE #1" through "JOHN DOE #20," the twenty names being fictitious and unknown to the Plaintiffs, the person or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in lien upon the premises,<br><br>   *Defendants*. | Civil Action No. 1:23-cv-2960 (AS) |

### NOTICE OF PLAINTIFF'S MOTION TO ENTER FINAL JUDGMENT OF FORECLOSURE AND SALE

**PLEASE TAKE NOTICE** that, the plaintiff Kairos Credit Strategies Operating Partnership, L.P. (the "Plaintiff"), upon the accompanying *Memorandum of Law in Support of Plaintiff's Motion to Enter Final Judgment of Foreclosure and Sale, the Declaration of Mark S. Lichtenstein, Esq. and all exhibits thereto, the Declaration of Ian Lagowitz and all exhibits thereto, and the Declaration of Jeffrey Tong and all exhibits thereto* moves this Court, before the Honorable Arun Subramanian, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl St., New York, NY 10007, for entry of an Order:

 (i) granting final judgment in favor of Plaintiff as against defendants The Friars National Association, Inc. ("Friars Club"), the Hotel Restaurant & Club Employees

77491859;1

and Bartenders Union Local 6 (the "Union") and Club Employees Pension Fund (the "Fund"), The City of New York Department of Environmental Control ("NYDEC") and the New York City Finance Administration Bureau of Compliance and Collection ("NYCFAB," together with the NYCDEC, the "Defaulted Defendants") in accordance with the Court's July 29, 2024 Order Adopting Report and Recommendation (ECF No. 159) for foreclosure and sale in the sum of **$17,148,630.65** as of June 10, 2024, as fixed by the Magistrate's Report adopted by this Court pursuant to the Order;

(ii) requesting the Clerk of Court to calculate an amount to be added to the amount set forth above to account for the interest that has accrued between the date of the Magistrate's Report and the date of the final judgment, to be calculated pursuant to Conclusion 2 of the Magistrate's Report;

(iii) assessing post-judgment interest to be calculated pursuant to Conclusion 3 of the Magistrate's Report;

(iv) providing for the recovery of **$806,380.95** in additional property protective advances, and **$53,532.80** in additional legal fees and costs in the foreclosure action incurred by Kairos subsequent to the period included in the Magistrate's Report, as detailed in the Tong and Lichtenstein Declarations;

(v) exercising the Court's discretion pursuant to 28 U.S.C. §§ 2001 and 2004 to authorize the sale of certain real property (the "Mortgaged Premises") and personal property (the "Personalty," together with the Mortgaged Premises, the "Collateral") of the Receivership estate pursuant to the procedures set forth in the Lagowitz Declaration, subject to the prior liens (if any) of the New York State Department of

        Labor and the New York State Department of Tax, but free and clear of any other liens, claims, interests and encumbrances with such liens, claims, interests, and encumbrances to attach to the sale proceeds; and

(vi)    awarding Plaintiff such other and further relief as this Court may deem just, proper and equitable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's July 29, 2024 Order Adopting Report and Recommendation [ECF No. 159], responsive papers must be filed by **August 8, 2024**.

Dated: New York, New York
       August 1, 2024                  **AKERMAN LLP**

                                      By:    */s/ Mark S. Lichtenstein*
                                                Mark S. Lichtenstein
                                                1251 Avenue of the Americas, 37th Flr.
                                                New York, New York 10020
                                                Tel. No. (212) 880-3800
                                                E-mail: mark.lichtenstein@akerman.com

                                                *Attorneys for Plaintiff Kairos Credit Strategies*
                                                *Operating Partnership, LP*

TO:  Counsel of record (via ECF)
       Non-Answering Defendants (via Federal Express)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAIROS CREDIT STRATEGIES OPERATING PARTNERSHIP, LP, | |
| *Plaintiff*, | Civil Action No. 1:23-cv-2960 (AS) |
| v. | **MOTION FOR ENTRY OF FINAL JUDGMENT** |
| THE FRIARS NATIONAL ASSOCIATION, INC.; *et al.*, | |
| *Defendants*. | |

      Plaintiff Kairos Credit Strategies Operating Partnership, LP ("Kairos" or "Plaintiff"), by and through its undersigned attorneys and pursuant to Rule 58 of the Federal Rules of Civil Procedure, respectfully requests that the Court enter final judgment against Defendants The Friars National Association, Inc. ("Friars Club"), the Hotel Restaurant & Club Employees and Bartenders Union Local 6 (the "Union") and Club Employees Pension Fund (the "Fund"), The City of New York Department of Environmental Control ("NYDEC") and the New York City Finance Administration Bureau of Compliance and Collection ("NYCFAB," together with the NYCDEC, the "Defaulted Defendants") in accordance with the Court's July 29, 2024 Order Adopting Report and Recommendation (ECF No. 159). In support of this Motion, Kairos states as follows:

      1.    On July 29, 2024, the Court entered its Order Adopting Report and Recommendation (the "Order") (ECF No. 159). In its Order, the Court directed Kairos to submit a proposed final judgment to the Court by August 1, 2024.

      2.    A proposed final judgment is attached to this Motion as **Exhibit A**.

      3.    Pursuant to the Order, Defendants may file a response to the proposed final judgment by August 8, 2024.

WHEREFORE, upon the Declaration of Mark S. Lichtenstein (the "Lichtenstein Decl."), the Declaration of Jeffrey Tong (the "Tong Decl."), the Declaration of Ian Lagowitz (the "Lagowitz Decl."), the Memorandum of Law in support of Plaintiff's Motion to Enter Final Judgment of Foreclosure and Sale, all of which are dated August 1, 2024, and all exhibits attached thereto, Plaintiff respectfully moves the Court for entry of the proposed final judgment:

(i) for foreclosure and sale in the sum of **$17,148,630.65** as of June 10, 2024, as fixed by the Magistrate's Report adopted by this Court pursuant to the Order;

(ii) requesting the Clerk of Court to calculate an amount to be added to the amount set forth above to account for the interest that has accrued between the date of the Magistrate's Report and the date of the final judgment, to be calculated pursuant to Conclusion 2 of the Magistrate's Report;

(iii) assessing post-judgment interest to be calculated pursuant to Conclusion 3 of the Magistrate's Report;

(iv) providing for the recovery of **$806,380.95** in additional property protective advances, and **$53,532.80** in additional legal fees and costs in the foreclosure action incurred by Kairos subsequent to the period included in the Magistrate's Report, as detailed in the Tong and Lichtenstein Declarations;

(v) exercising the Court's discretion pursuant to 28 U.S.C. §§ 2001 and 2004 to authorize the sale of certain real property (the "Mortgaged Premises") and personal property (the "Personalty," together with the Mortgaged Premises, the "Collateral") of the Receivership estate pursuant to the procedures set forth in the Lagowitz Declaration, subject to the prior liens (if any) of the New York State Department of Labor and the New York State Department of Tax, but free

and clear of any other liens, claims, interests and encumbrances with such liens, claims, interests, and encumbrances to attach to the sale proceeds; and

      (vi) for such other relief as the Court may deem appropriate.

Dated: New York, New York
       August 1, 2024

                                      **AKERMAN LLP**

                            By:  */s/Mark S. Lichtenstein*
                                  Mark S. Lichtenstein, Esq.
                                  1251 Avenue of the Americas, 37th Floor
                                  New York, NY 10020
                                  Tel. No.: (212) 880-3800
                                  E-mail: mark.lichtenstein@akerman.com

                                  *Attorneys for Plaintiff Kairos Credit Strategies*
                                  *Operating Partnership, LP*

77452031;2