UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAIROS CREDIT STRATEGIES OPERATING PARTNERSHIP, LP,<br><br>                Plaintiff,<br><br>-against-<br><br>THE FRIARS NATIONAL ASSOCIATION, INC., et al.,<br><br>                Defendants. | 23-CV-02960 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Defendants' response, if any, to the motion to enter final judgment of foreclosure and sale (dkt. 160), is due August 15, 2024, at 5:00 PM.

    SO ORDERED.

Dated: August 6, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge