**MANDATE**

1:23-cv-02960-AS-RFT

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand twenty-four,

_____

Kairos Credit Strategies Operating Partnership, LP,

    Plaintiff - Appellee,

v.

The Friars National Association, Inc.,

    Defendant - Appellant,

City of New York Department of Environmental Control, Commissioner of Labor State of New York Department of Labor, New York State Tax Department Legal Department, New York City Finance Administration Bureau of Compliance and Collection, Hotel Restaurant & Club Employees and Bartenders Union Local 6 and Club Employees Pension Fund, John Doe #1 through John Doe #20,

    Defendants.

_____

**ORDER**
Docket No. 24-1797

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/28/2024___

A notice of appeal was filed on July 1, 2024. The Appellant's Form C due July 15, 2024, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective August 5, 2024 if the Form C is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court



MANDATE ISSUED ON 08/28/2024