UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAIROS CREDIT TRATEGIES OPERATING PARTNERSHIP, LP,<br><br>                            Plaintiff,<br><br>                -against-<br><br>THE FRIARS NATIONAL ASSOCIATION, INC. et al.,<br><br>                          Defendants. | 23-cv-2960 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Final judgment having been entered in this case at ECF No. 173, the Court of Clerk is respectfully directed to close this case.

SO ORDERED.

Dated: October 11, 2024
       New York, New York

ARUN SUBRAMANIAN
United States District Judge