UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAIROS CREDIT STRATEGIES OPERATING PARTNERSHIP, LP,<br><br>                    Plaintiff,<br><br>          -against-<br><br>THE FRIARS NATIONAL ASSOCIATION, INC. et al.,<br><br>                    Defendants. | 23-CV-2960 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of plaintiff's motion to approve the receiver's final report and to discharge and release the receiver. Within seven days, plaintiff is directed to submit a letter stating whether any party objects to the motion and plans to file an opposition or if it is unopposed.

          SO ORDERED.

Dated: February 18, 2026
          New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge